MR. JUSTICE WEBER
specially concurs in the Opinion of the Court on the following basis:
The Opinion of the Court described the dispositive issues in this cause to be as follows:
1. Is the Judicial Standards Commission subject to the power of the Supreme Court to issue writs of prohibition, mandamus, certiorari, or alternative writs?
2. Does Rule 9(a) of the Judicial Standards Commission exceed the constitutional power of the Judicial Standards Commission?
3. Is a verified complaint a requisite for Judicial Standards Commission proceedings?
4. Are the charges made by the Judicial Standards Commission against Daniel J. Shea included in the phrase “willful misconduct in office?”
I agree to and join in the holding of the Court with regard to issues 1,2 and 3. Because of our holding on those three issues, I agree with the conclusion of the Court that the proceedings against Daniel J. Shea must be barred since the lack of a verified complaint violates a validly enacted statute and the Commission’s own rule.
Accordingly, I join in the Opinion of the Court which constitutes a writ prohibiting the Judicial Standards Commission from proceeding further in its pending action against Daniel J. Shea.
*41 Because of the Court’s holding on the first three issues, we do have an adequate basis for the issuance of a writ of prohibition. Having reached that conclusion, I do not find a necessity or reason for this Court making any determination on issue 4. Therefore, I do not join in that portion of the Opinion of the Court pertaining to issue 4.